IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET      )
METAL WORKERS' NATIONAL       )
FUND, et. al.,                )
          Plaintiffs,         )
                              )
v.                            )    Civil Action No. 1:21-cv-01343
                              )
                              )
DJM DESMITH HOLDINGS, INC.,   )
                              )
          Defendant.          )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 11, 2022 in response to Plaintiff's Motion for Default Judgment.

Plaintiff filed a complaint against Defendant on December 1, 2021. Defendant did not file any responsive pleadings to the complaint. Plaintiff filed a Motion for Default Judgment on February 14, 2022. On March 11, 2022 the Magistrate Judge issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion for Default Judgment pursuant to 28 U.S.C. § 636(b)(1)(C). Defendant did not respond to the Motion for Default Judgment or the Report and Recommendation.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendations, it appears to the Court that the Magistrate Judge's Report and Recommendation

is neither clearly erroneous nor contrary to law. Therefore, it is adopted and hereby

ORDERED that Plaintiff's Motion for Default Judgement is GRANTED; that judgment is entered in favor of Plaintiff against Defendant in the amount of $61,252.78, which includes unpaid contributions of $46,995.84, interest of $1,750.09, liquidated damages of $9,399.18, and attorney's fees and costs of $3,107.67. It is further ordered that Defendant produce to Plaintiffs the outstanding remittance report for the month of September 2021.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June  14 , 2022

2